# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS ANDREW NEWTON,

      Plaintiff,

vs.

GEORGIA LUCE,

      Defendants.

Case No. 3:13-cv-00542-MMD-VPC

**ORDER**

Plaintiff has submitted an amended civil rights complaint pursuant to 42 U.S.C. § 1983 (#5) and an application to proceed in forma pauperis (#1). The court finds that plaintiff is unable to prepay the full filing fee in this matter.

IT IS THEREFORE ORDERED that:

1.     Plaintiff's application to proceed in forma pauperis (#1) is **GRANTED**. Plaintiff shall not be required to pay an initial installment of the filing fee.

2.     The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor. This order granting leave to proceed in forma pauperis shall not extend to the issuance and/or service of subpoenas at government expense.

3.     The clerk shall electronically serve a copy of this order, a copy of the court's screening order (#6) and a copy of plaintiff's amended complaint (#5) on the Office of the Attorney General of the State of Nevada, attention Kat Howe.

4.     Subject to the findings of the screening order (#6), within **twenty-one (21) days** of the date of entry of this order, the Attorney General's Office shall file a notice advising the court and plaintiff of: (a) the names of the defendants for whom it <u>accepts</u> service; (b) the names of the defendants for whom it <u>does not accept</u> service, and (c) the names of the defendants for whom it is filing last-known-address information under seal.  As to any of the named defendants for which the Attorney General's Office cannot accept service, the Office shall file, under seal, but shall not serve Plaintiff, the last known address(es) of those defendant(s) for whom it has such information.

5.     If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for the defendant(s).  For the defendant(s) as to which the Attorney General has not provided last-known-address information, plaintiff shall provide the full name and address for the defendant(s).

6.     If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within sixty (60) days from the date of this order.

7.     Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court.  Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants.  If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein. The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge,

magistrate judge, or the Clerk which fails to include a certificate showing proper

service.

IT IS SO ORDERED.

DATED: May 8, 2015

VALERIE P. COOKE
United States Magistrate Judge

-3-