AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**** DISTRICT OF   NEVADA

THOMAS ANDREW NEWTON,

    Plaintiff,

v.

GEORGIA LUCE, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:13-cv-00542-MMD-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Valerie P. Cooke (ECF No. 43) is accepted and adopted in its entirety. Defendant's motion for summary judgment (ECF No. 35) is granted.

August 3, 2016                                                  **LANCE S. WILSON**
                                                                        Clerk

                                                                         /s/ K. Rusin
                                                                         Deputy Clerk